UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/15/06

To: United States Court of Appeals     ATTN: (XXX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                        ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103       ( ) JUDGE

From: Shari Fuhrer
     U.S. District Court
     222 West 7th Avenue, #4
     Anchorage, Alaska 99513

DC No: 3:01-cv-00309 - JWS            Appeal No: 05-35298

Short title: Lumbermans Mutual v Luciano Enterprises

Composition of Record

Clerk's Files in 14 volumes (XX) original ( ) certified copy

    Bulky docs. 4 volumes, docket # 82.104.136.,143
                     (folders)

Reporter's in 1 volumes (xx) original ( ) certified copy
Transcripts dkt# 251-255

Exhibits:    in _____ envelopes   ( ) under seal

           in _____ boxes        ( ) under seal

Other: Certified copy of ACMS and ECF dockters enclosed

(please note any documents filed under seal)

Acknowledgement:_____ Date:_____
"record.app" [11/21/97]