UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 0 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff - Appellee,<br><br>and<br><br>REMTECH INC., Ex Rel,<br><br>Plaintiff,<br><br>v.<br><br>LUCIANO ENTERPRISES, LLC; et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>EDWIN NEGRON LUCIANO; et al.,<br><br>Defendants. | No. 05-35298<br><br>D.C. No. CV-01-00309-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

JUL 0 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The motion for postponement of oral argument is denied.

The court has unanimously determined, without regard to the request for postponement, that the facts and legal arguments are adequately presented in the briefs and record and that the decisional process would not be significantly aided

by oral argument. This case is therefore ordered submitted without oral argument on July 26, 2006, in Anchorage, Alaska. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF THE COURT

By: _____
Jennifer Flowers
Deputy Clerk