RECEIVED / FILED

Form 10. Bill of Costs

SEP 0 5 2006 / AUG 1 4 2006

CLERK, U.S. D... / CATHY A. CATTERSON, CLERK
ANCHORAGE, ALASKA / COURT OF APPEALS

United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

LUMBERMENS, et al.   v.   LUCIANO ENTERPRISES, et al.    CA No. 05-35298

The Clerk is requested to tax the following costs against: ALBERT MAFFEI

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 454 | $0.10 | $317.80 | | | | 317.80 |
| Appellant's Brief | N/A | N/A | N/A | N/A | | | | |
| Appellee's Brief | 20 | 40 | $0.10 | $80.00 | | | | 80.00 |
| Appellant's Reply Brief | N/A | N/A | N/A | N/A | | | | |
| | | | TOTAL | $ 397.80 | | | TOTAL | $ 397.00 |

Form 10. Bill of Costs - *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

** Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, Frank A. Pfiffner, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: *Frank A. Pfiffner*
Date: August 11, 2006

Name of Counsel (printed or typed): __FRANK A. PFIFFNER__
Attorney for: __LUMBERMENS MUTUAL CASUALTY COMPANY__

---

Date: __8-31-06__   Costs are taxed in the amount of $ __397.80__

Clerk of Court
By: __Ruben Talavera__, Deputy Clerk

---

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 3 1 2006

by: Ruben Talavera
Deputy Clerk