UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| LUMBERMENS MUTUAL CASUALTY COMPANY, | No. 05-35298<br>D.C. No. CV-01-00309-R-JWS **RECEIVED** |
|---|---|
| Plaintiff - Appellee, | SEP 0 5 2006 |
| And | **JUDGMENT** CLERK, U.S. ░░░░░ ░░░░ COURT<br>ANCHORAGE, ALASKA |
| REMTECH INC., Ex Rel, | |
| Plaintiff, | |
| V. | |
| LUCIANO ENTERPRISES, LLC; et al., | |
| Defendants - Appellants, | |
| And | |
| EDWIN NEGRON LUCIANO; et al., | |
| Defendants. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED in part, DISMISSED in part.**

Filed and entered 07/31/06          **COSTS TAXED**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 3 1 2006

by: Ruben Talavera
Deputy Clerk