UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff - Appellee,<br><br>and<br><br>REMTECH INC., Ex Rel,<br><br>    Plaintiff,<br><br>v.<br><br>LUCIANO ENTERPRISES, LLC; ALBERT MAFFEI,<br><br>    Defendants - Appellants,<br><br>and<br><br>EDWIN NEGRON LUCIANO; GINA A. LUCIANO,<br><br>    Defendants. | No. 05-35298<br><br>D.C. No. CV-01-309-JWS<br>Alaska (Anchorage)<br><br>ORDER |

**RECEIVED**

OCT 0 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The unopposed motion of appellee Lumbermens Mutual Casualty Company for attorneys' fees pursuant to the parties' Agreement of Indemnity is granted.

No. 05-35298

Attorneys' fees in the amount of $41,558.50 are awarded in favor of appellee Lumbermens Mutual Casualty Company and against appellants Luciano Enterprises, LLC, and Albert Maffei, jointly and severally.

A copy of this order sent to the district court shall serve to amend this court's mandate.

For the Court:

*Mary Hurley* (signature)

Mary Hurley
Staff Attorney/Deputy Clerk
9th Cir. Rule 27-7
General Orders/Appendix A