Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>LUCIANO ENTERPRISES, LLC and ALBERT MAFFEI,<br><br>    Defendants. | Case No.   3:01-cv-00309 JWS |

## SATISFACTION OF JUDGMENT

Pursuant to AS 9.30.300(a), Plaintiff Lumbermens Mutual Casualty Company, by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC hereby acknowledges full satisfaction of the following judgment filed on February 17, 2005 and April 18, 2005:

1. Judgment filed on February 17, 2005 at Serial Number 2005-000590-0, in the Books and Records of the Homer Recording District, Third Judicial District, State of Alaska; and

2. Judgment filed on April 18, 2005 at Serial Number 2005-001527-0, in the Books and Records of the Homer Recording District, Third Judicial District, State of Alaska.

DATED at Anchorage, Alaska, this 23rd day of January, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Plaintiff Lumbermens Mutual Casualty Company

By: _____
Frank A. Pfiffner
ABA No. 7505032

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on the 23rd day of January, 2007, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared **FRANK A. PFIFFNER**, counsel of record on behalf of Lumbermens Mutual Casualty Company, in the above-described action, known to me and to me known to be the person who signed the within instrument; and he acknowledged to me that he was duly authorized by Lumbermens Mutual Casualty Company, to sign the instrument and that he signed the same as his own free and voluntary act for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

_____
NOTARY PUBLIC in and for the State of Alaska
My Commission Expires: 4-28-07

Certificate of Service

On the 24th day of January, 2007,
a true and correct copy of the
foregoing was mailed and faxed to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


/s/ Frank A. Pfiffner


After recording, return to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

*Lumbermens Mutual Casualty Company v. Luciano Enterprises, LLC and Albert Maffei*
Case No.: 3:01-cv-00309 JWS
Satisfaction of Judgment
(8172-1/255605)

Page 3 of 3