Albert Maffei, Esquire
LAW OFFICE, LLC
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile:  (907) 277-1239
e-mail: almaffei@alaska.net
Attorney for
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
 )
          Plaintiff, )
 ) Case No. 3:01-cv-00309 JWS
vs. )
 )
LUCIANO ENTERPRISES, LLC, and )
ALBERT MAFFEI, )
 )
          Defendants. )
_____)

## STIPULATION FOR RELEASE OF FUNDS

    1. Under several executions issued by Lumbermens Mutual Casualty Company against Albert Maffei, certain funds have been deposited in registry of the above Court.

    2. That the parties have entered into a Settlement Agreement and, as a result thereof, Lumbermens Mutual Casualty Company has executed a satisfaction of the Judgment dated February 16, 2005 in case number 3:01-cv-00309 JWS, and has filed in

Lumbermens Mutual Casualty Co. v. Luciano Enterprises, LLC et al
Case No. 3:01-cv-00309-JWS
Stipulation  For Release Of Funds

1  the United States District Court a Stipulation for Dismissal in regards to case number

2  3:03-cv-00262 JWS.

3      3.  The Court Clerk, in response to an inquiry, has advised the undersigned

4  that the sum of $1,338.28 remains in the registry of the above Court.

6      4.  Albert Maffei agrees to accept the $1,338.28 plus any accrued interest.

7  Albert Maffei requests that a check for the full amount of the released funds be made

8  payable to Albert Maffei at 8328 Lake Otis Parkway, Anchorage, Alaska, 99507.

9      DATED at Anchorage, Alaska this 13th day of February, 2007.

    LAW OFFICE, LLC.
    /s/ Albert Maffei
    Attorney for defendants

13      DATED at Anchorage, Alaska this 13th day of February, 2007.

    HUGHES BAUMAN PFIFFNER
    GORSKI & SEEDORF, LLC
    Attorneys for Plaintiff Lumbermens
    Mutual Casualty Company
    /s/ Frank A. Pfiffner

<u>Certificate of Service</u>

19      I hereby certify that on February 15, 2007, a copy of Stipulation For Release Of Funds was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503
/s/ Albert Maffei

Lumbermens Mutual Casualty Co. v. Luciano Enterprises, LLC et al
Case No. 3:01-cv-00309-JWS
Stipulation For Release Of Funds