1  Albert Maffei, Esquire
   LAW OFFICE, LLC
2  ABA No. 5311009
   8328 Lake Otis Parkway
3  Anchorage, Alaska 99507
   Telephone: (907) 277-2503
4  Facsimile:  (907) 277-1239
   e-mail: almaffei@alaska.net
5  Attorney for
   Attorney for Defendants
6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 3:01-cv-00309 JWS |
| vs. | ) ) |
| LUCIANO ENTERPRISES, LLC, and ALBERT MAFFEI, | ) ) ) ) |
| Defendants. | ) ) |

## **STIPULATION FOR RELEASE OF FUNDS**

1. Under several executions issued by Lumbermens Mutual Casualty Company against Albert Maffei, certain funds have been deposited in registry of the above Court.

2. That the parties have entered into a Settlement Agreement and, as a result thereof, Lumbermens Mutual Casualty Company has executed a satisfaction of the Judgment dated February 16, 2005 in case number 3:01-cv-00309 JWS, and has filed in

Lumbermens Mutual Casualty Co. v. Luciano Enterprises, LLC et al
Case No. 3:01-cv-00309-JWS
Stipulation For Release Of Funds

1  the United States District Court a Stipulation for Dismissal in regards to case number
2  3:03-cv-00262 JWS.
3      3. The Court Clerk, in response to an inquiry, has advised the undersigned
4  that the sum of $1,338.28 remains in the registry of the above Court.
5
6      4. Albert Maffei agrees to accept the $1,338.28 plus any accrued interest.
7  Albert Maffei requests that a check for the full amount of the released funds be made
8  payable to Albert Maffei at 8328 Lake Otis Parkway, Anchorage, Alaska, 99507.
9      DATED at Anchorage, Alaska this 13th day of February, 2007.

LAW OFFICE, LLC.
/s/ Albert Maffei
Attorney for defendants

DATED at Anchorage, Alaska this 13th day of February, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens
Mutual Casualty Company
/s/ Frank A. Pfiffner

Certificate of Service

I hereby certify that on February 15, 2007, a copy of Stipulation For Release Of Funds was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503
/s/ Albert Maffei

Lumbermens Mutual Casualty Co. v. Luciano Enterprises, LLC et al
Case No. 3:01-cv-00309-JWS
Stipulation For Release Of Funds

Page 2 of 2