1  Albert Maffei, Esquire
   LAW OFFICE, LLC
2  ABA No. 5311009
   8328 Lake Otis Parkway
3  Anchorage, Alaska 99507
   Telephone: (907) 277-2503
4  Facsimile:  (907) 277-1239
   e-mail: almaffei@alaska.net
5  Attorney for
   Attorney for Defendants
6
                    IN THE UNITED STATES DISTRICT COURT
7
                         FOR THE DISTRICT OF ALASKA
8
9  LUMBERMENS MUTUAL CASUALTY   )
   COMPANY,                     )
                                )
10         Plaintiff,            )
                                )  Case No. 3:01-cv-00309 JWS
11 vs.                          )
                                )
12 LUCIANO ENTERPRISES, LLC, and )
                                )
13 ALBERT MAFFEI,               )
                                )
14         Defendants.          )
                                )
15

16 **PROPOSED ORDER APPROVING
   STIPULATION FOR RELEASE OF FUNDS**

17     Having reviewed the February 13, 2007 Stipulation For Release Of Funds,
18
   and being otherwise fully advised in the premises,
19
20     IT IS SO ORDERED, that the Stipulation For Release Of Funds is hereby
21 approved.  The sum of $1,338,28 plus any and all accrued interest shall be immediately
22 released to Albert Maffei at 8328 Lake Otis Parkway, Anchorage, Alaska, 99507.
23
   Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
24 Case No. 3:01-cv-00309-JWS
   Proposed Order Approving Stipulation  For Release Of Funds
25
                              Page 1 of 2

DATED at Anchorage, Alaska this _____ day of _____, 2007.

_____
John W. Sedwick
U.S. District Court Judge

Certificate of Service

I hereby certify that on February 15, 2007, a copy of Proposed Order Approving Stipulation for Release Of funds was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

/s/ Albert Maffei

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:01-cv-00309-JWS
Proposed Order Approving Stipulation For Release Of Funds

Page 2 of 2